IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § |
| | § CASE NUMBER 6:15-CR-00015-JCB-JDL |
| CYNTHIA LYNNE JACKSON (3), | § |
| | § |
| Defendant. | § |

### REPORT AND RECOMMENDATION OF
### UNITED STATES MAGISTRATE JUDGE

On August 19, 2019, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Cynthia Lynne Jackson. The government was represented by Jim Noble, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Matthew Millslagle, Federal Public Defender.

Defendant originally pled guilty to the offense of Possession With Intent to Distribute Methamphetamine, a Class C felony. The United States Sentencing Guideline range for this offense, based on a total offense level of 12 and a criminal history category of III, was 15 to 21 months. On February 16, 2016, District Judge Michael H. Schneider sentenced Defendant to 18 months imprisonment followed by three years of supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, testing and treatment for drug and alcohol abuse, mental health treatment, and a $100 special assessment. On May 16, 2016, Defendant completed the term of imprisonment and began her term of supervised release.

On August 10, 2016, the Defendant's term of supervision was revoked. Defendant was thereafter sentenced to five months imprisonment followed by three years of supervised release, subject to the standard conditions of release, plus special conditions to include financial

disclosure, testing and treatment for drug and alcohol abuse, mental health treatment, halfway house placement, and a $100 special assessment. Defendant completed the period of imprisonment on December 15, 2016, and began her second term of supervised release.

Under the terms of supervised release, Defendant was required to notify the probation officer ten days prior to any change in residence or employment. In Allegation 2 of its petition, the government alleges Defendant violated the conditions of her supervised release when she failed to notify the probation officer of a change in residence on or about April 5, 2017.

If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release when she failed to notify the probation officer of a change in residence, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the Court may (A) revoke supervised release; or (B) extend the term of probation or supervised release and/or modify the conditions of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of III, the Guideline imprisonment range for a Grade C violation is 5 to 11 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by committing the acts as alleged in Allegation 2 of the government's petition. In exchange, the government agreed to recommend to the Court a sentence of 11 months imprisonment, with no supervised release to follow.

The Court therefore **RECOMMENDS** that Defendant Cynthia Lynne Jackson's plea of true be accepted and she be sentenced to 11 months imprisonment, with no supervised release to follow. The Court further **RECOMMENDS** that Defendant serve her sentence at FMC Carswell,

if available. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 19th day of August, 2019.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE