UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:15-cr-00015

**United States of America,**
*Plaintiff,*
v.
**Cynthia Lynne Jackson**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

Before the court is the report and recommendation of United States Magistrate Judge John D. Love. Doc. 181. This report addresses defendant's plea of true to allegation 2 of the government's petition to revoke defendant's supervised release. Allegation 2 states that defendant violated the condition of her supervised release, which required her to notify her probation officer ten days prior to any change of residence or employment.

On August 19, 2019 Judge Love held a revocation of supervised hearing. The defendant pleaded "true" and Judge Love recommends that the court accept the defendant's true plea. The parties waived their right to file objections to the findings of fact and recommendation.

Accordingly, the report and recommendation of August 19, 2019, is **adopted**. Defendant's true plea to allegation 2 is **accepted** and **approved**.

It is **ordered** that defendant, Cynthia Lynne Jackson, be sentenced to 11 months imprisonment, with no supervised release to follow. The court **recommends** that defendant serve her sentence at FMC Carswell, if available.

*So ordered by the court on August 23, 2019.*

_____
J. CAMPBELL BARKER
United States District Judge